857 F.2d 1469
 Jefferson (Walter)
v.
Hopkins (Arnold), Robinson (Bishop), Captain Pottillo, Sgt.
Myers, Officer Clay, Handy, Vaughan, Wheeler, Kane, Wiolt
(John P.), Sgt. Pindell, Cough, Ms. Barthlow, Mr. Wells,
Kokoski (Robert), Kessler (C.), Reed (P.), John Doe-1, John
Doe-2, Officer Dorsey, John Doe-3, Kowski (Robert)
 NO. 88-6041
 United States Court of Appeals,
Fourth Circuit.
 AUG 30, 1988
 
 1
 Appeal From: D.Md.
 
 
 2
 REMANDED.